# United States District Court
### for the
### Western District of New York

United States of America

v.

Case No. 19-MJ-4086

**HECTOR SAVAGE**
*Defendant*

## CRIMINAL COMPLAINT

I, <u>BARRY W. COUCH</u>, Special Agent with the United States Federal Bureau of Investigation, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about <u>May 25, 2019</u>, in the <u>Western</u> District of New York, the defendant **HECTOR SAVAGE** violated Title <u>18</u> U.S.C. §§ <u>2252A(a)(5)(B)</u> & <u>(b)(2)</u>, offenses described as follows:

the defendant did knowingly receive and possess child pornography involving prepubescent minors that had been transported in or affecting interstate or foreign commerce, including by computer, in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) & (b)(2).

This Criminal Complaint is based on these facts:

**SEE ATTACHED AFFIDAVIT OF BARRY W. COUCH, SPECIAL AGENT, F.B.I.**

☒   Continued on the attached sheet.

_____
*Complainant's signature*

BARRY W. COUCH, Special Agent F.B.I.
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____June 10, 2019_____

_____
*Judge's signature*

City and State: Rochester, New York

MARIAN W. PAYSON, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

STATE OF NEW YORK   )
COUNTY OF MONROE  )   SS:      *19-mj-4086*
CITY OF ROCHESTER )

      BARRY W. COUCH, having been first duly sworn, does hereby depose and state as follows:

    1.    I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed for approximately ten years. I currently investigate crimes committed against children as well as other criminal offenses against the United States.

    2.    The information contained in this affidavit is based upon my personal knowledge and observation, my training and experience, conversations with other law enforcement officers, and the review of documents and records. This affidavit is submitted for the limited purpose of establishing probable cause to believe that HECTOR SAVAGE (hereinafter "SAVAGE") did knowingly possess or knowingly access with intent to view child pornography involving prepubescent minors that had been transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

    3.    Because this affidavit is submitted for the limited purpose of establishing probable cause to secure a criminal complaint, I have not included every detail of the investigation. Rather, I have set forth only the facts that are necessary to establish probable cause to believe that SAVAGE violated Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## BACKGROUND OF INVESTIGATION

4.  On or about May 24, 2019, the Kershaw County Sheriff's Office in South Carolina became aware of allegations of possible sexual abuse involving SAVAGE and a minor who was 10 years old at the time of the reporting.

5.  Specifically, the Kershaw County Sheriff's Office was informed that Cooperating Witness #1 (CW1), an individual who was related to SAVAGE, had contacted an employee of an elementary school located in Kershaw County. CW1 notified the school that they had accessed the email account hsavage89@yahoo.com (which CW1 represented was SAVAGE's email account) and that CW1 had seen emails in that account detailing sexual abuse by SAVAGE of a minor. CW1 knew the minor was a relative of SAVAGE and believed the minor was a student at the elementary school. CW1 provided screen shots of these emails to the school and expressed concern for the safety and well-being of the minor.

6.  After receiving the screenshots, the school turned them over to the Kershaw County Sheriff's Office. The screenshots obtained by the Kershaw County Sheriff's Office showed that the emails were correspondence from hsavage89@yahoo.com to various other email accounts discussing what appears to be the production and trading of child pornography. In one of the emails, hsavage89@yahoo.com states: "This is 9yr she was sleeping peeking at crotch in panties. I have more and better if u want to trade?" In another email, hsavage89@yahoo.com discusses using "chloroform," which he purported to make at his residence, to induce minors to pass out.

7.  Subsequently, the Kershaw County Sheriff's Office sent an email to hsavage89@yahoo.com asking the owner of the account to call them. Shortly thereafter, the Kershaw County Sheriff's Office received a call from phone number "585-775-3590." The caller identified himself as HECTOR SAVAGE. The Kershaw County Sheriff's Office indicated to SAVAGE that they had an investigation open and were looking into emails about minors. SAVAGE denied sending or having any knowledge of the emails and screenshots. Shortly thereafter, the conversation between SAVAGE and the Kershaw County Sheriff's Office concluded.

8.  The Kershaw County Sheriff's Office was then contacted by CW1. CW1 indicated they obtained a cell phone belonging to SAVAGE in their possession, that they had looked through the cell phone, and that they had observed a picture of a minor (who was known to CW1) asleep and being touched by SAVAGE in a sexual way. CW1 also indicated they discovered the email messages between SAVAGE and other email accounts that discussed child pornography. CW1 also reported that SAVAGE was violent and had physically assaulted CW1 and destroyed CW1's property.

9.  Upon researching SAVAGE, the Kershaw County Sheriff's Office learned that SAVAGE had relocated to Monroe County, New York, and proceeded to notify Monroe County Child Protective Services (CPS) of the above information. The Monroe County Sheriff's Office (MCSO) then became involved in the investigation with Child Protective Services (CPS).

10. On or about May 25, 2019, SAVAGE was taken into state custody during a traffic stop and remanded to the Orleans County Jail on a Bench Warrant for not abiding by

court-ordered conditions that stemmed from SAVAGE Endangering the Welfare of a Child by driving recklessly with a minor on a motorcycle on an earlier date. An Apple iPhone 7 Plus was found in SAVAGE's possession at the time of his arrest. The Apple iPhone 7 Plus had "Assembled in China" printed on it. The Apple iPhone 7 Plus was taken off SAVAGE and secured in the Orleans County Property Office.

11.     On or about May 31, 2019, Monroe County Court Judge Douglas Randall signed a state search warrant authorizing the search of SAVAGE's Apple iPhone 7 Plus.

12.     On or about June 5, 2019, a member of the Monroe County Sheriff's Office forensically extracted the contents of the Apple iPhone 7 Plus.

13.     The officer determined that the phone number assigned to the Apple iPhone 7 Plus found in SAVAGE's possession was "585-775-3590," the same number that contacted the Kershaw County Sheriff's Office, as set forth in paragraph 7, above.

14.     Your affiant has reviewed the extraction of the Apple iPhone 7 Plus and observed images of child pornography. Three of the images were as follows:

   a. **"...FA12-blob.jpg"** – An image showing a naked girl approximately 12 years old exposing her vagina.

   b. **"...D250_embedded_1.jpg"** – An image showing a girl approximately 9 years old exposing her vagina.

   c. **"video.jpg"** – An image showing two naked prepubescent children with one touching the vagina of the other.

4

15. Based on my training and experience involving child pornography investigations, the images described in paragraphs 14(a) through (c) constitute child pornography as defined by Title 18, United States Code, Section 2256(8).

## CONCLUSION

Based upon the foregoing, there is probable cause to believe that HECTOR SAVAGE did knowingly possess or knowingly access with intent to view child pornography involving prepubescent minors that had been transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

_____
BARRY W. COUCH
Special Agent
Federal Bureau of Investigation

Subscribed to and sworn before me
this  10  day of June 2019.

_____
MARIAN W. PAYSON
United States Magistrate Judge

5